UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF INDIANA

UNITED STATES OF AMERICA,

    Respondent,

v.                             Case No. 1:088-CR-(32-SEB-TAB-03)

THOMAS LENTI

    Defendant,

---

MOTION FOR TRANSFER OF JURISDICTION PURSUANT TO 18 U.S.C.§3605

---

TO THE HONORABLE Judge Sarah Barker:

INTRODUCTION

COMES NOW, THOMAS LENTI, defendant pro se, respectfully submitting this motion for a transfer of jurisdiction of his case from the Southern District of Indiana to the Southern District of New York, in advance of his pending release from FCI Fort Dix in September 2025.

Petitioner has been unable to use the BOP's administrative remedy process due to hostile and deteriorating conditions at FCI Fort Dix and within the BOP.

Defendant has living family members in the New York area, job contacts and a robust public transportation system that will facilitate his access to therapy, employment, family and a return to a law-abiding life he has yearned for over the past 18 years. Defendant has a diagnosis of Asperger's Syndrome, which makes unfamiliar surroundings especially difficult. A return to New York will offer Defendant the best chances of successful transition and reintegration with his family.

## RELIEF REQUESTED

Defendant, Thomas Lenti, acting pro-se, humbly requests this court to grant the motion to transfer his case to the Southern District of New York and to facilitate the transfer with the Southern District of New York and the Probation Offices in Indiana and New York.

RespectfullySubmitted,

Thomas Lenti, Reg. No. 76783-053

FCI Fort Dix

PO Box 2000

Joint Base MDL, NJ 08640

April 15, 2025

## CERTIFICATE OF SERVICE

I do hereby certify that I have caused a true and correct copyy of this Motion for Transfer of Jurisdiction pursuant to 18 U.S.C.§3605 to be served via First Class U.S. Mail utilizing the prison legal mail system at FCI Fort Dix, and thus invoking the Prison Mailbox Rule of Houston v. Lack, 487 U.S. 266 (1988), to the following party:

Clerk of the Court
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
Room 120
New York, NY 10007-1312

I further certify that service to all registered CM/ECF users including the A.U.S.A. is accomplished through ECF/CM notification when documents are scanned and entered into the ECF system.

On this 15th day of April in the year aof 2025.

Thomas Lenti, 76783-053
FCI Fort Dix
PO Box 2000
Joint Base MDL, NJ 08640

Thomas Lenti, 76783-053
FCI Fort Dix
PO Box 2000
Joint Base MDL, NJ 08640

TRENTON NJ 085
17 APR 2025 PM 5 L

FILED
APR 21 2025
U.S. DISTRICT COURT
INDIANAPOLIS, INDIANA

United States Courthouse
46 East Ohio Street, Room 105
Indianapolis, IN 46204
Attn: Judge Barker c/o Clerk of Courts

46204-191930