UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 1:08-cr-00132-SEB-TAB |
| THOMAS LENTI, | ) ) -03 ) | |
| Defendant. | ) | |

**ORDER**

This matter is before the Court on Defendant's Motion for Transfer of Jurisdiction [Dkt. 1509]. A transfer can only be ordered if and when Defendant provides a destination address. The Court cannot grant this motion until then. Therefore, Defendant's motion is **DENIED**.

Date: 5/2/2025

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Counsel of record via CM/ECF

Thomas Lenti
Fed. Reg. No. 76783-053
P.O. Box 2000
Joint Base MDL, NJ 08640