UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

v.                                        Case No. 1:08-cr-00132-SEB-TAB

THOMAS LENTI,
    Defendant.

### PRO SE MOTION FOR RECONSIDERATION OF TRANSFER OF JURISDICTION

I, THOMAS LENTI, the Defendant in the above-captioned case, respectfully move this Honorable Court to reconsider its Order of May 2, 2025 [Dkt. 1510] denying my Motion for Transfer of Jurisdiction to the Southern District of New York rather than the Southern District of Indiana. In support of this Motion, I state as follows:

### I. BACKGROUND

1. I am currently incarcerated at Joint Base MDL, NJ, with Federal Register Number 76783-053, and am scheduled to be released from federal custody in September 2025 after serving a sentence for charges related to a multi-state child pornography conspiracy in 2008.

2. I am originally from New York, NY, where I resided prior to my incarceration.

3. During my incarceration, my father passed away in 2013, leaving me without family support or a home address, as our family home was sold during my sentence.

4. My Bureau of Prisons unit team has designated my release to the Southern District of Indiana (district of conviction) despite my request to return to New York.

5. I previously filed a Motion for Transfer of Jurisdiction [Dkt. 1509] requesting transfer to the Southern District of New York, which this Court denied on May 2, 2025, specifically stating: "A transfer can only be ordered if and when Defendant provides a destination address. The Court cannot grant this motion until then."

1

## II. ARGUMENT

### A. The Court's Requirement Creates an Impossible Situation for Me

The Court's Order of May 2, 2025 [Dkt. 1510] states that "A transfer can only be ordered if and when Defendant provides a destination address. The Court cannot grant this motion until then." This requirement creates an insurmountable obstacle for me. I have been incarcerated since 2008—over 17 years—and have no remaining family support following my father's death in 2013. As a result of my lengthy incarceration and loss of family connections, I lack the resources and connections necessary to secure housing in New York while still incarcerated. This creates a paradoxical situation where I cannot meet the Court's condition without first being granted the very permission I seek.

### B. My Reintegration Prospects Are Substantially Better in New York

*1. Community Ties and Familiarity*

Despite my lengthy incarceration, I have spent the majority of my life in New York. My familiarity with the area, its resources, and its communities offers a significant advantage for successful reintegration compared to Indiana, where I have no connections or knowledge of available resources. Research consistently shows that releasing individuals to communities with which they are familiar significantly increases the likelihood of successful reentry.

*2. Available Reentry Resources in New York*

The Southern District of New York, particularly New York City, offers extensive reentry programs specifically designed to assist individuals in my situation:

a. The Fortune Society (Queens, NY) offers comprehensive reentry services including transitional housing through their "Fortune Academy" for formerly incarcerated individuals without housing options.

b. Housing Works (New York, NY) provides supportive housing programs for individuals with special needs, including those reentering society after incarceration.

c. The Osborne Association (Bronx, NY) offers housing assistance, employment services, and specialized reentry support.

d. The Doe Fund's "Ready, Willing & Able" program provides transitional work and housing to formerly incarcerated individuals.

*3. Specialized Sex Offender Treatment Programs*



New York City offers numerous specialized treatment providers capable of continuing any treatment protocols begun during Defendant's incarceration, including:

a. The New York Center for Neuropsychology & Sex Offender Treatment

b. The Sexual Behavior Clinic at New York State Psychiatric Institute

c. Multiple licensed treatment providers specializing in relapse prevention and reintegration

*4. Employment Opportunities*

New York City's diverse economy and larger job market provide significantly greater employment opportunities for individuals with criminal records than would be available in Indiana, particularly in a location where Defendant has no connections or prior employment history.

### C. Federal Probation Can Establish Appropriate Initial Housing

Federal Probation in the Southern District of New York has extensive experience placing individuals who lack housing resources upon release. The Probation Office could place Defendant in appropriate temporary housing facilities upon release, such as:

1. The Bellevue Men's Shelter or other NYC Department of Homeless Services facilities which have specific programs for returning citizens

2. Faith-based transitional housing programs such as The Salvation Army's Adult Rehabilitation Centers

3. Contract facilities used by Federal Probation specifically for individuals lacking housing resources

### D. Legal Precedent Supports Considering Rehabilitation Prospects in Release Planning

Courts have consistently recognized that successful reentry planning should prioritize rehabilitation prospects. In United States v. Johnson, 529 U.S. 53 (2000), the Supreme Court acknowledged that release conditions should be structured to "provide an offender with the needed educational or vocational training, medical care, or other correctional treatment." Requiring me to relocate to Indiana, where I have no support system or familiarity, contradicts this rehabilitative purpose.

### III. PROPOSED SOLUTION

I respectfully propose the following solution to resolve the address requirement:

1. The Court conditionally grant the transfer to the Southern District of New York;

2. Direct Federal Probation in the Southern District of New York to identify appropriate initial housing options for me prior to my release;



3. Require me to report to the Probation Office in the Southern District of New York within 24 hours of release; and

4. Mandate that I secure permanent housing approved by Probation within 60 days of release.

This approach would allow me to access the superior reentry resources available in New York while ensuring appropriate supervision and accountability.

## IV. CONCLUSION

For the foregoing reasons, I respectfully request that this Court reconsider its Order of May 2, 2025 [Dkt. 1510] and grant my Motion for Transfer of Jurisdiction to the Southern District of New York rather than requiring my release to the Southern District of Indiana. The requested relief would significantly enhance my prospects for successful reintegration into society while still ensuring appropriate supervision.

Respectfully submitted,

*[signature]*

THOMAS LENTI
Federal Register No. 76783-053
P.O. Box 2000
Joint Base MDL, NJ 08640
Pro Se Defendant

## DECLARATION

I, THOMAS LENTI, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct to the best of my knowledge and belief.

Executed on this Tenth day of May, 2025.



THOMAS LENTI
Federal Register No. 76783-053

## CERTIFICATE OF SERVICE

I hereby certify that on May 10, 2025, a copy of the foregoing Motion was mailed by first-class mail to:

Clerk of the Court
U.S. District Court
Southern District of Indiana
921 Ohio Street, Room 137
Terre Haute, IN 47807

I further certify that the attorney for the United States of America will recieve notice and a copy of the foregoing motion via CM/ECF when filed by the Court Clerk.

THOMAS LENTI

Mailed via DocuPost.com

THOMAS LENTI
P.O. BOX 2000 C/O TOTAL LEGAL SERVICES LLC
JOINT BASE MDL, NJ 08640

********AUTO**ALL FOR AADC 460    PL3 T129  P2 S47809
CLERK OF THE COURT
U.S. DISTRICT COURT
921 OHIO ST RM 137
TERRE HAUTE IN 47807-3738


FILED

MAY 19 2025

U.S. CLERK'S OFFICE

UNITED STATES MARSHAL
PACKAGE SCREENED BY
X-RAY/MAGNETOMETER

Presorted
First Class Mail
U.S. Postage
**PAID**
Permit 634
San Francisco, CA

